IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| EILEEN JOSEPH AND DANIEL WISHNATSKY, individually and on behalf of others similarly situated,<br><br>and<br><br>RANDALL BROOKS as a member of the class,<br><br>Plaintiffs,<br><br>v.<br><br>THE BUREAU OF NATIONAL AFFAIRS, INC., et al.,<br><br>Defendants. | : | Civil Action No. 1:13-cv-1056 (LO/JFA) |

## ORDER AUTHORIZING DISTRIBUTION OF THE NET PROCEEDS OF THE SETTLEMENT FUND

This action involves claims for alleged violations of the Securities Exchange Act of 1934, 15 U.S.C. §78j(b) and 78(t), as amended, and Rules 10b-5 and 14e-3 thereunder. A Stipulation and Agreement of Settlement[1] was filed with the Court on March 19, 2014 (Dkt. 56-1). On April 25, 2014 (Dkt. 62), the Court entered a Preliminary Approval Order preliminarily approving the Settlement and setting a Fairness Hearing on October 24, 2014.

At the Fairness Hearing held on October 24, 2014, the Court considered the following motions: (1) Plaintiffs' Motion for Final Approval of Certification of the Settlement Class, Final Approval of the Class Settlement, and Approval of the Plan of Allocation ("Final Approval

[1] All capitalized terms used in this Order and Final Judgment and not defined herein shall have the meanings assigned to them in the Stipulation and Agreement of Settlement filed in this Action.

Motion"); and (2) Class Counsel's Motion for Award of Attorneys' Fees and Reimbursement of Expenses, Case Contribution Awards for Plaintiffs Eileen Joseph and Daniel Wishnatsky, and Reimbursement of Expenses to Plaintiff Daniel Wishnatsky ("Fees Motion"). There were no objections to the Settlement or the Plan of Allocation. There also were no objections to the requested attorneys' fees and reimbursement of expenses to Class Counsel or the requested case contribution awards and reimbursement of expenses to Named Plaintiffs sought in the Fees Motion. And no class member sought exclusion from the Settlement Class.

On October 28, 2014, the Court entered orders granting both the Final Approval Motion (Dkt. 73, Final Judgment Order) and the Fees Motion (Dkt. 74, Order Awarding Fees).

The Final Judgment Order provides that after completion of the processing of all claims by the Claims Administrator, Plaintiffs shall file a motion for approval of the disbursement of the Net Proceeds of the Settlement. (Dkt. 73, Final Judgment Order at ¶ 15). The Final Judgment Order also provides that the Court retains continuing jurisdiction over the distribution of the Net Proceeds. *Id.* at ¶ 22.

Before this Court is Plaintiffs' Unopposed Motion for Approval of Disbursement of the Net Proceeds of the Settlement. The Court has considered the motion papers; the declaration of Markham Sherwood of KCC Class Action Services LLC (with exhibits) which constitutes the report of the Claims Administrator regarding the Escrow Account and the proposed distribution of the Net Proceeds to Authorized Claimants (KCC Report"); and the record in these proceedings, and is otherwise fully informed.

**NOW, THEREFORE, THE COURT HEREBY ORDERS THAT:**

1. The Court approves the report made by the Claims Administrator regarding the Escrow Account and the Proposed Distribution of the Net Proceeds to Authorized Claimants (including the determinations made by KCC regarding the POC forms received).
2. The Court directs the distribution of the Net Proceeds of the Settlement to the Authorized Claimants as set forth in Exhibit 2 to the KCC Report.
3. The Court bars any further claims against the Net Proceeds of the Settlement.
4. Class Counsel and the Claims Administrator are directed to execute this Order and shall not be liable for any reason in executing and complying with this Order.

SO ORDERED:

Dated: Alexandria, VA Dec 18th, 2014

Liam O'Grady
United States District Judge